SED.26145

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| CAMILLA GANT, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-1239 |
| | § | |
| BROOKFIELD PROPERTIES RETAIL | § | |
| INC., | § | |
| Defendant. | § | |

## DEFENDANT'S INDEX OF DOCUMENTS

The following exhibits are relied upon and incorporated by reference in Defendant

**BROOKFIELD PROPERTIES RETAIL INC.'S** ("Defendant") Notice of Removal:

1. State Court Docket Sheet;

2. Plaintiff's Original Petition, filed October 7, 2021;

3. Civil Process Request (service request form), filed October 7, 2021;

4. Citation issued to Brookfield on October 11, 2021, served on October 12, 2021;

5. Officer's Return, filed October 19, 2021;

6. Officer's Return (Duplicate), filed October 19, 2021;

7. Original Answer of Brookfield, filed November 5, 2021;

8. Letter Requesting Jury Trial, filed November 5, 2021; and

9. Vacation Letter of Thompson Du, filed November 8, 2021.

Respectfully submitted,

**FLETCHER, FARLEY, SHIPMAN
 & SALINAS, L.L.P.**


*/s/Douglas D. Fletcher*
**DOUGLAS D. FLETCHER**
State Bar No. 07139500
Email: doug.fletcher@fletcherfarley.com
**JULIA L. SINOR**
State Bar No. 24032540
Email: julia.sinor@fletcherfarley.com
**JOSEPH J. HARRISON**
State Bar No. 24083143
Email: joe.harrison@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 987-9600 (office)
(214) 987-9866 (telecopier)

**ATTORNEYS FOR DEFENDANT
BROOKFIELD PROPERTIES RETAIL INC.**


### CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 10th day of November, 2021.

*/s/ Douglas D. Fletcher*
**DOUGLAS D. FLETCHER**

# EXHIBIT 1

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                 11/10/2021 9:26 AM

**Court :** [ 141 ▾ ] **Case :** [ 329569 ]  [ Search ]  [ New Search ]  ☐ Show Service Documents ONLY

**Cause Number : 141-329569-21**                 **Date Filed : 10-07-2021**

CAMILLA GANT   | VS |   BROOKFIELD PROPERTIES RETAIL INC.

**Cause of Action :** INJURY OR DAMAGE, PREMISES
**Case Status :** PENDING

| File Mark | Description | | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|---|
| 10-07-2021 | PLTF'S ORIG PET | PDF | N | | $289.00 | |
| 10-07-2021 | PAYMENT RECEIVED trans #1 | | Y | | | $289.00 |
| 10-07-2021 | SVC REQ FORM | PDF | | | | $0.00 |
| 10-07-2021 | CIT-ISSUED ON BROOKFIELD PROPERTIES RETAIL INC-On 10/11/2021 | PDF | N | Svc | $8.00 | |
| 10-07-2021 | PAYMENT RECEIVED trans #4 | | Y | | | $8.00 |
| 10-19-2021 | OFFICER'S RETURN-BROOKFIELD PROPERTIES RETAIL INC | PDF | | | | $0.00 |
| 10-19-2021 | CIT Tr# 4 RET EXEC(BROOKFIELD PROPERTIES RETAIL INC) On 10/12/2021 | PDF | | | | $0.00 |
| 11-05-2021 | DEFN'S ORIG ANS (BROOKFIELD PROP RETAIL INC) | PDF | | | | $0.00 |
| 11-05-2021 | ATTY LTR REQ JURY TRL | PDF | | | | $0.00 |
| 11-05-2021 | JURY FEE | | N | | $40.00 | |

| 11-05-2021 | PAYMENT RECEIVED trans #10 | Y | | $40.00 |
| 11-08-2021 | VAC LTR (ATTY THOMPSON) | | | $0.00 |

# EXHIBIT 2



# Notice of Service of Process

**Primary Contact:**
Kara Pollock
Brookfield Properties Retail. - MAIN ACCOUNT
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

| | |
|---|---|
| **Entity:** | BROOKFIELD PROPERTIES RETAIL INC.<br>Entity ID Number  3112574 |
| **Entity Served:** | Brookfield Properties Retail Inc |
| **Title of Action:** | Camilla Gant vs. Brookfield Properties Retail Inc., |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Tarrant County District Court, TX |
| **Case/Reference No:** | 141-329569-21 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 10/12/2021 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Jared W. Capps<br>214-307-6226 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

DELIVERED: 10/12/21
By: _____ GC

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

### *CITATION*                    *Cause No. 141-329569-21*

CAMILLA GANT

VS.

BROOKFIELD PROPERTIES RETAIL INC.

TO: BROOKFIELD PROPERTIES RETAIL INC

B/S REG AGENT-CSC LAWYERS INCORPORATED 211 E 7TH ST STE 620 AUSTIN, TX 78701

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 141st District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

CAMILLA GANT

Filed in said Court on October 7th, 2021 Against
BROOKFIELD PROPERTIES RETAIL INC

For suit, said suit being numbered 141-329569-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

JARED W CAPPS
Attorney for CAMILLA GANT Phone No. (469)206-8210
Address    600 N PEARL ST STE 2205 DALLAS, TX 75201
_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 11th day of October, 2021.

By ___Stacci Reynolds___

STACCI REYNOLDS

A CERTIFIED COPY
ATTEST: 10/11/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Stacci Reynolds

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM, on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *14132956921000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
                              County of _____, State of _____

CTH: 10/12/21
at 8:45 AM

141-329569-21

FILED
TARRANT COUNTY
10/7/2021 5:02 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. _____**

| | | |
|---|---|---|
| **CAMILLA GANT** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **BROOKFIELD PROPERTIES RETAIL** | § | |
| **INC.** | § | |
| | § | |
| *Defendant.* | § | **\_\_\_\_\_ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, Camilla Gant (hereinafter, "Plaintiff") complains of Defendant, Brookfield Properties Retail Inc., (hereinafter, "Defendant"), and would respectfully show the Court that:

### Discovery Control Plan

1.     Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2.     The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Tarrant County, Texas.

### Statement Regarding Monetary Relief Sought

3.     Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief of no more than $250,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys' fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff further pleads that the amount in controversy in this matter does not exceed $75,000.00.

### Parties

4.     Plaintiff is an individual residing in Tarrant County, Texas.

5.      Defendant, Brookfield Properties Retail Inc., Texas (hereinafter "Defendant"), is a Delaware corporation engaged in business in Tarrant County, Texas. Defendant may be served with process by serving its registered agent, Corporation Services Company DBA CSC Lawyers Incorporated at 211 East 7th Street, Suite 620, Austin, TX 78701.

### Facts

6.      This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about July 27, 2021. At that time, Plaintiff was an invitee at Defendant's mall at 4800 S Hulen St, Fort Worth, TX 76132. Plaintiff was walking through the Defendant's mall when she slipped and fell in a puddle of water and ice. The slip and fall caused the Plaintiff to suffer severe injuries to her body. There were no warning signs present or any other signs of caution near the area where the incident occurred. Plaintiff was not aware of the dangerous and defective condition.

7.      At the time of the incident in question, Plaintiff was an invitee of the Defendant. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected nor warned Plaintiff of it. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.

8.      Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.

9.      Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:

      a.   Failure to maintain the premises, including floor and walkways, in a reasonably safe condition;

      b.   Failure to inspect the premises where the dangerous condition existed;

      c.   Failure to correct the condition by taking reasonable measure to safeguard persons who entered the premises;

      d.   Failure to inform Plaintiff of the dangerous condition existing on the premises; and

      e.   Other acts deemed negligent.

10.     Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

11.     Defendant was also negligent in that it failed to act as a reasonably prudent premise owner would act in the same or similar situation.

## Damages

12.     As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

13.     By virtue of the actions and conduct of Defendant as set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

      a.   Past and future medical expenses;

      b.   Past and future pain, suffering and mental anguish;

      c.   Past and future physical impairment;

      d.   Past and future physical disfigurement; and

      e.   Past lost wages and future loss of earning capacity.

14.     By reason of the above, Plaintiff is entitled to recover damages from Defendant in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

3

## **Jury Demand**

15.     Plaintiff hereby demands a jury trial.

## **Duty to Disclose**

16.     Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

## **Initial Disclosures**

17.     Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

## **Rule 193.7 Notice**

18.     Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

## **Prayer**

Plaintiff prays that this citation issues and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appears and answers, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre and post-judgment interest, all costs of Court, and all such other and further relief, to which she may be justly entitled.

*[Signature block on next page]*

4

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Jared W. Capps*
Jared W. Capps
Texas State Bar No. 24085236
jcapps@daspitlaw.com
600 N. Pearl St., Suite 2205
Dallas, Texas 75201
Telephone: (214) 307-6226
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carla Vela on behalf of John Daspit
Bar No. 24048906
cvela@daspitlaw.com
Envelope ID: 57996128
Status as of 10/8/2021 8:15 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alma Lira | | Alira@proactivelegal.com | 10/7/2021 5:02:46 PM | SENT |
| Carla Vela | | cvela@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| DLF Intake | | intake@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 10/7/2021 5:02:46 PM | SENT |
| Jared W.Capps | | jcapps@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| Thompson Du | | du@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| John A Daspit | 24048906 | Eservice@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |

# EXHIBIT 3

# CIVIL PROCESS REQUEST

FILED
TARRANT COUNTY
10/7/2021 5:02 PM
THOMAS A. WILDER
DISTRICT CLERK

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Month/$\qquad$ Day/$\qquad$ Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.  NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

    **SERVICE BY** (*check one*):
      ☐ **ATTORNEY PICK-UP**       ☐ **CONSTABLE**
      ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
      ☐ **MAIL**       ☐ **CERTIFIED MAIL**
      ☐ **PUBLICATION:**
          Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                        ☐ **NEWSPAPER OF YOUR CHOICE:** _____
      ☐ **OTHER**, *explain* _____

****************************************************************************************************

2.  NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

    **SERVICE BY** (*check one*):
      ☐ **ATTORNEY PICK-UP**       ☐ **CONSTABLE**
      ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
      ☐ **MAIL**       ☐ **CERTIFIED MAIL**
      ☐ **PUBLICATION:**
          Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                        ☐ **NEWSPAPER OF YOUR CHOICE:** _____
      ☐ **OTHER**, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____ TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____ _____ FAX NUMBER: _____ _____
$\qquad\qquad\qquad$ area code $\qquad\qquad$ phone number $\qquad\qquad\qquad\qquad\qquad\qquad$ area code $\qquad$ fax number

EMAIL ADDRESS: _____

CIVC108 Revised 8/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____  AMENDED PETITION
_____  SUPPLEMENTAL PETITION


COUNTERCLAIM
_____  AMENDED COUNTERCLAIM
_____  SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____  AMENDED CROSS-ACTION
_____  SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____  AMENDED THIRD-PARTY PETITION
_____  SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____  AMENDED INTERVENTION
_____  SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____  AMENDED INTERPLEADER
_____  SUPPLEMENTAL INTERPLEADER


INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER


BILL OF DISCOVERY:
    ORDER TO:  _____
                              (specify)

    MOTION TO:  _____
                              (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CIVG108 Revised 9/2/99

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Carla Vela on behalf of John Daspit
Bar No. 24048906
cvela@daspitlaw.com
Envelope ID: 57996128
Status as of 10/8/2021 8:15 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alma Lira | | Alira@proactivelegal.com | 10/7/2021 5:02:46 PM | SENT |
| Carla Vela | | cvela@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| DLF Intake | | intake@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 10/7/2021 5:02:46 PM | SENT |
| Jared W.Capps | | jcapps@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| Thompson Du | | du@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |
| John A Daspit | 24048906 | Eservice@daspitlaw.com | 10/7/2021 5:02:46 PM | SENT |

# EXHIBIT 4

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*                                    *Cause No. 141-329569-21*

CAMILLA GANT
VS.
BROOKFIELD PROPERTIES RETAIL INC.

TO: BROOKFIELD PROPERTIES RETAIL INC

B/S REG AGENT-CSC LAWYERS INCORPORATED 211 E 7TH ST STE 620 AUSTIN, TX 78701

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after

the expiration of 20 days after the date of service hereof before the 141st District Court

,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

CAMILLA GANT

Filed in said Court on October 7th, 2021 Against
BROOKFIELD PROPERTIES RETAIL INC

For suit, said suit being numbered 141-329569-21 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

JARED W CAPPS
Attorney for CAMILLA GANT Phone No. (469)206-8210
Address     600 N PEARL ST STE 2205 DALLAS, TX 75201

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 11th day of October, 2021.

By _____ Deputy
STACCI REYNOLDS

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN *14132956921000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

CITATION

Cause No. 141-329569-21

CAMILLA GANT

VS.

BROOKFIELD PROPERTIES
RETAIL INC.

ISSUED

This 11th day of October, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By                STACCI REYNOLDS Deputy

PREPARED W CAPPS
Attorney for: CAMILLA GANT
Phone No. (469)206-8210
ADDRESS: 600 N PEARL ST STE 2205

DALLAS, TX 75201

*CIVIL LAW*

*M1329569921000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

# EXHIBIT 5

141-329569-21

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

FILED
TARRANT COUNTY
10/19/2021 11:03 AM
THOMAS A. WILDER
DISTRICT CLERK

## CITATION

Cause No. *141-329569-21*

CAMILLA GANT

VS.

BROOKFIELD PROPERTIES RETAIL INC.

TO: BROOKFIELD PROPERTIES RETAIL INC

B/S REG AGENT-CSC LAWYERS INCORPORATED 211 E 7TH ST STE 620 AUSTIN, TX 78701

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 141st District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

CAMILLA GANT

Filed in said Court on October 7th, 2021 Against
BROOKFIELD PROPERTIES RETAIL INC

For suit, said suit being numbered 141-329569-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

JARED W CAPPS
Attorney for CAMILLA GANT Phone No. (469)206-8210
Address    600 N PEARL ST STE 2205 DALLAS, TX 75201

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 11th day of October, 2021.

By _____ Stacci Reynolds _____

STACCI REYNOLDS

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *14132956921000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.); _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy

Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

*CTH: 10/12/21*
*at 8:45 AM*

IN THE 141ST JUDICIAL DISTRICT
TARRANT COUNTY, TEXAS

CAUSE NO: 141-329569-21

CAMILLA GANT
VS
BROOKFIELD PROPERTIES RETAIL, INC.

# RETURN

Came to my hand:     10/12/2021   , at    08:45    o'clock   A.M.    , the following
specified documents:

- Citation
- Plaintiff's Original Petition

and executed by me on:    10 / 12 /2021    , at   1:54    o'clock   PM    , at

211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, within the county of TRAVIS, by
delivering to BROOKFIELD PROPERTIES RETAIL, INC., by delivering to its registered
agent, CORPORATION SERVICE COMPANY dba CSC-LAWYERS INCORPORATING
SERVICE COMPANY, by delivering to SAMANTHA GUERRA , employee/managing
agent, in person, a true copy of the above specified documents having first endorsed
on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit, and I
declare under penalty of perjury that the foregoing is true and correct.

Authorized Person: GEORGE L. CASTILLO; PSC1440
Expiration Date:    9 / 30   /20 23

STATE OF TEXAS     }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known
to me to be the person whose name is subscribed to the foregoing document and, being by me first duly
sworn, declared that the statements and facts therein contained are within his/her personal knowledge
and experience to be true and correct. Given under my hand and seal of office on this the 12th day of
_____ October , 2021.

Dana L. McMichael
ID #4733578
My Commission Expires
April 23, 2024

Notary Public

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 58316160
Status as of 10/19/2021 11:10 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DLF Intake | | intake@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| John A Daspit | 24048906 | Eservice@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 10/19/2021 11:03:43 AM | SENT |
| Jared W.Capps | | jcapps@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 10/19/2021 11:03:43 AM | SENT |
| Carla Vela | | cvela@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| Thompson Du | | du@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |

# EXHIBIT 6

141-329569-21

FILED
TARRANT COUNTY
10/19/2021 11:03 AM
THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## CITATION                    Cause No. 141-329569-21

CAMILLA GANT

VS.

BROOKFIELD PROPERTIES RETAIL INC.

TO: BROOKFIELD PROPERTIES RETAIL INC

B/S REG AGENT-CSC LAWYERS INCORPORATED 211 E 7TH ST STE 620 AUSTIN, TX 78701

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 141st District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

CAMILLA GANT

Filed in said Court on October 7th, 2021 Against
BROOKFIELD PROPERTIES RETAIL INC

For suit, said suit being numbered 141-329569-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

JARED W CAPPS
Attorney for CAMILLA GANT Phone No. (469)206-8210
Address   600 N PEARL ST STE 2205 DALLAS, TX 75201

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 11th day of October, 2021.

By ___Stacci Reynolds___

STACCI REYNOLDS

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *14132956921000004*

Received this Citation on the _____ day of _____, ____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, ____ by delivering to the within named (Def.); _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

CTH: 10/12/21
at 8:45 AM

IN THE 141ST JUDICIAL DISTRICT
TARRANT COUNTY, TEXAS

CAUSE NO: 141-329569-21

CAMILLA GANT
VS
BROOKFIELD PROPERTIES RETAIL, INC.

# RETURN

Came to my hand:   10/12/2021  , at   08:45   o'clock  A.M.   , the following
specified documents:

- **Citation**
- **Plaintiff's Original Petition**

and executed by me on:   10 / 12 /2021   , at  1:54   o'clock   PM   , at

211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, within the county of TRAVIS, by
delivering to BROOKFIELD PROPERTIES RETAIL, INC., by delivering to its registered
agent, CORPORATION SERVICE COMPANY dba CSC-LAWYERS INCORPORATING
SERVICE COMPANY, by delivering to SAMANTHA GUERRA , employee/managing
agent, in person, a true copy of the above specified documents having first endorsed
on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit, and I
declare under penalty of perjury that the foregoing is true and correct.

Authorized Person: GEORGE L. CASTILLO; PSC1440
Expiration Date:   9 / 30  /20 23

STATE OF TEXAS   }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known
to me to be the person whose name is subscribed to the foregoing document and, being by me first duly
sworn, declared that the statements and facts therein contained are within his/her personal knowledge
and experience to be true and correct. Given under my hand and seal of office on this the 12th day of
_____ October , 2021.

Dana L. McMichael
ID #4733578
My Commission Expires
April 23, 2024

Notary Public

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 58316160
Status as of 10/19/2021 11:10 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| DLF Intake | | intake@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| John A Daspit | 24048906 | Eservice@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 10/19/2021 11:03:43 AM | SENT |
| Jared W.Capps | | jcapps@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 10/19/2021 11:03:43 AM | SENT |
| Carla Vela | | cvela@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |
| Thompson Du | | du@daspitlaw.com | 10/19/2021 11:03:43 AM | SENT |

# EXHIBIT 7

141-329569-21

FILED
TARRANT COUNTY
11/5/2021 1:35 PM
THOMAS A. WILDER
DISTRICT CLERK

SED.26145

## CAUSE NO. 141-329569-21

| | | |
|---|---|---|
| CAMILLA GANT, | § | IN THE DISTRICT COURT |
|         Plaintiff, | § | |
| | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| BROOKFIELD PROPERTIES RETAIL | § | |
| INC., | § | |
|         Defendant. | § | 141ST JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW BROOKFIELD PROPERTIES RETAIL INC.**, Defendant in the above entitled and numbered cause, and files this its Original Answer and for same would respectfully show unto the Court as follows:

I.

### General Denial

Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

II.

### Jury Demand

Defendant hereby, in accordance with Rule 216 of the Texas Rules of Civil Procedure, demands a trial by jury. Simultaneously with the filing of this demand, a jury fee is being paid on behalf of this Defendant.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Plaintiff take nothing by this suit, that Defendant be awarded its costs, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

DEFENDANT'S ORIGINAL ANSWER - Page 1

Respectfully submitted,

**FLETCHER, FARLEY, SHIPMAN
 & SALINAS, L.L.P.**

BY:     */s/Douglas D. Fletcher*
**DOUGLAS D. FLETCHER**
State Bar No. 07139500
Email: doug.fletcher@fletcherfarley.com
**JULIA L. SINOR**
State Bar No. 24032540
Email: julia.sinor@fletcherfarley.com
**JOSEPH J. HARRISON**
State Bar No. 24083143
Email: joe.harrison@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 987-9600 (office)
(214) 987-9866 (telecopier)

**ATTORNEYS FOR DEFENDANT
BROOKFIELD PROPERTIES RETAIL INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed, telecopied, electronically served or hand delivered to all attorneys of record, in compliance with Rule 21a. of the Texas Rules of Civil Procedure, on this the 5th day of November, 2021.

*/s/Douglas D. Fletcher*
**DOUGLAS D. FLETCHER**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Douglas Fletcher on behalf of Douglas Fletcher
Bar No. 07139500
sheila.landua@fletcherfarley.com
Envelope ID: 58903871
Status as of 11/5/2021 3:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DLF Intake | | intake@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| John A Daspit | 24048906 | Eservice@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 11/5/2021 1:35:50 PM | SENT |
| Jared W.Capps | | jcapps@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 11/5/2021 1:35:50 PM | SENT |
| Carla Vela | | cvela@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Thompson Du | | du@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Douglas DFletcher | | sheila.landua@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Tara Peck | | tara.peck@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Deborah Stick | | deborah.stick@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Matthew B.Skidmore | | matthew.skidmore@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Julia Sinor | | julia.sinor@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Joe J.Harrison | | joe.harrison@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |

# EXHIBIT 8

# FLETCHER | FARLEY

9201 North Central Expressway
6th Floor
Dallas, Texas  75231
phone (214) 987-9600
fax (214) 987-9866
www.fletcherfarley.com

FILED
TARRANT COUNTY
11/5/2021 1:35 PM
THOMAS A. WILDER
DISTRICT CLERK

Douglas D. Fletcher
   Advocate, American Board of Trial Advocates

doug.fletcher@fletcherfarley.com

November 5, 2021

***Via eFiling***
Ms. Yolanda Garza, Lead Clerk
141st Judicial District Court
Tom Vandergriff Civil Courts Building
100 North Calhoun Street, 3rd Floor
Fort Worth, Texas 76196

      Re:    Cause No. 141-329569-21
               Camilla Gant vs. Brookfield Properties Retail, Inc.
               *141st Judicial District Court/Tarrant County, Texas*
               Our File No. SED.26145

Dear Ms. Garza:

     This letter will serve as notice that we have requested via our eFiling service provider, ProDoc, that the jury fee be paid in this matter.

     If you have any questions, please feel free to contact me.

               Sincerely yours,

               **FLETCHER, FARLEY, SHIPMAN
               & SALINAS, L.L.P.**

               Douglas D. Fletcher

DDF:sfl

cc:    Mr. Jared W. Capps, *Via Email* jcapps@daspitlaw.com & e-service@daspitlaw.com
       Daspit Law Firm
       600 N. Pearl Street., Suite 2205
       Dallas, Texas  75201

## FLETCHER, FARLEY, SHIPMAN & SALINAS L.L.P.

DALLAS | AUSTIN

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Douglas Fletcher on behalf of Douglas Fletcher
Bar No. 07139500
sheila.landua@fletcherfarley.com
Envelope ID: 58903871
Status as of 11/5/2021 3:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DLF Intake | | intake@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| John A Daspit | 24048906 | Eservice@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 11/5/2021 1:35:50 PM | SENT |
| Jared W.Capps | | jcapps@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 11/5/2021 1:35:50 PM | SENT |
| Carla Vela | | cvela@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Thompson Du | | du@daspitlaw.com | 11/5/2021 1:35:50 PM | SENT |
| Douglas DFletcher | | sheila.landua@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Tara Peck | | tara.peck@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Deborah Stick | | deborah.stick@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Matthew B.Skidmore | | matthew.skidmore@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Julia Sinor | | julia.sinor@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |
| Joe J.Harrison | | joe.harrison@fletcherfarley.com | 11/5/2021 1:35:50 PM | SENT |

# EXHIBIT 9

# DASPIT LAW FIRM

FILED
TARRANT COUNTY
11/8/2021 4:48 PM
THOMAS A. WILDER
DISTRICT CLERK

600 N. Pearl St., Suite 2205
Dallas, Texas 75201
Telephone: (469)-206-8210
Facsimile: (713) 587-9086

**Thompson Du**
*Attorney*
du@daspitlaw.com

November 08, 2021

**<u>Via E-File</u>**
District Clerk
Tarrant County District Court

Re:     Camilla Gant v. Brookfield Properties Retail Inc.; Case No. 141-329569-
21; In the 141st Judicial District Court of Tarrant County, Texas.

Dear Clerk:

Please allow this correspondence to serve as notice that I will be on vacation on the
following dates:

February 3, 2022 – February 10, 2022

By copy of this letter, I am notifying all counsel of my vacation schedule and
requesting all counsel refrain from noticing depositions or scheduling hearings during this
time which would require a response and/or my attendance.

Regards,

*/s/ Thompson Du*
Thompson Du

cc:     All Counsel of Record

1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Walter on behalf of John Daspit
Bar No. 24048906
mwalter@daspitlaw.com
Envelope ID: 58967349
Status as of 11/8/2021 4:52 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DLF Intake | | intake@daspitlaw.com | 11/8/2021 4:48:16 PM | SENT |
| Douglas DFletcher | | sheila.landua@fletcherfarley.com | 11/8/2021 4:48:16 PM | SENT |
| Tara Peck | | tara.peck@fletcherfarley.com | 11/8/2021 4:48:16 PM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 11/8/2021 4:48:16 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 11/8/2021 4:48:16 PM | SENT |
| Carla Vela | | cvela@daspitlaw.com | 11/8/2021 4:48:16 PM | SENT |
| Deborah Stick | | deborah.stick@fletcherfarley.com | 11/8/2021 4:48:16 PM | SENT |
| Matthew B.Skidmore | | matthew.skidmore@fletcherfarley.com | 11/8/2021 4:48:16 PM | SENT |
| Julia Sinor | | julia.sinor@fletcherfarley.com | 11/8/2021 4:48:16 PM | SENT |
| Joe J.Harrison | | joe.harrison@fletcherfarley.com | 11/8/2021 4:48:16 PM | SENT |
| Thompson Du | | du@daspitlaw.com | 11/8/2021 4:48:16 PM | SENT |
| John Daspit | | e-service@daspitlaw.com | 11/8/2021 4:48:16 PM | SENT |